

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*United States District Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

August 11, 2020

**BY EMAIL**

The Honorable Paul E. Davison
United States Magistrate Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

   Re: *United States v. Shawn A. Johnson, Jr., a/k/a "Dread,"* **20 Mag. 8306**

Dear Judge Davison:

  The complaint in the above-referenced case was originally filed under seal. On August 11, 2020, defendant Shawn A. Johnson, Jr., a/k/a "Dread," was arrested. As a result, the Government respectfully requests that the Court unseal the complaint.

SO ORDERED 8/11/20

*[signature]*

         Respectfully submitted,

         AUDREY STRAUSS
         Acting United States Attorney

      By: /s/ Derek Wikstrom
         Derek Wikstrom
         Assistant United States Attorney
         Tel: (914) 993-1946

SO ORDERED:

---
HONORABLE PAUL E. DAVISON
UNITED STATES MAGISTRATE JUDGE