UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

Shawn A. Johnson, a/k/a "Dread"
                      Defendant(s).
-------------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

~~CR-XXXXXXX~~

20 MJ 8306

Defendant **Shawn A. Johnson** hereby voluntarily consents to participate in the following proceeding via **X** videoconferencing or **X** teleconferencing:

**X**    Initial Appearance Before a Judicial Officer

_____    Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

_____    Bail/Detention Hearing

_____    Conference Before a Judicial Officer


/s/ Shawn Johnson (by permission)
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

_____
Print Defendant's Name

[signature: Howard E. Tanner]
Defendant's Counsel's Signature

Howard E. Tanner, Esq.
Print Counsel's Name


This proceeding was conducted by reliable video or telephone conferencing technology.

8/11/20
Date

[signature]
U.S. District Judge/U.S. Magistrate Judge