# TANNER & ORTEGA, L.L.P.
### ATTORNEYS AT LAW
WWW.TANNERORTEGA.COM

HOWARD E. TANNER*
HUGO G. ORTEGA
*MEMBER OF N Y , N J AND D.C  BAR

**NEW YORK CITY OFFICE**
299 BROADWAY
SUITE 1700
NEW YORK, NY 10007
OFFICE: (212) 962-1333
FAX: (212) 962-1778

**WHITE PLAINS OFFICE**
175 MAIN STREET
SUITE 800
WHITE PLAINS, NY 10601
OFFICE: (914) 358-5998
FAX: (914) 761-0995

November 13, 2020

Honorable Andrew E. Krause
United States Magistrate Judge
United States District Courthouse
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

BY ECF AND EMAIL/PDF

**APPLICATION GRANTED**

**Hon. Andrew Krause, U.S.M.J.**

11/13/2020

> **Re:** *USA v. Shawn Johnson*, **20-mj-08306**
> **Request to Modify Pretrial Conditions of Release**

Dear Judge Krause:

I am appointed to represent the defendant pursuant to CJA. On August 11, 2020, at Mr. Johnson's initial appearance, conditions were set by the Honorable Paul E. Davison for the defendant's release which included, among other requirements, $100,000.00 Personal recognizance bond secured by five financially responsible persons, $5,000.00 cash security, home incarceration, electronic monitoring travel restrictions and drug testing (See, ECF No. 4).

I write to the Court to request modifications of these conditions, specifically, for the removal of the home incarceration condition to be replaced with a curfew to be set at the discretion of Pretrial Services. I am informed that Mr Johnson has been in complete compliance with all pretrial conditions of release since the inception of this case and has recently enrolled in two college classes which he is attending remotely.

I have corresponded with AUSA Derek Wikstrom and U.S. Pretrial Services Officer Andrew Abbott, who both consent to this application.

Thank you, Your Honor, for your consideration of this matter.

Very truly yours,

Tanner & Ortega, L.L.P.

Howard E. Tanner

cc:  AUSA Derek Wikstrom (By ECF and Email/PDF)
U.S. Pretrial Services Officer Andrew Abbott (By ECF and Email/PDF)