# COMPLAINT/REMOVAL DISMISSAL
## United States District Court
## Southern District of New York

Mag. Judge Dkt. No. __20 Mag. 8306__   Date __November 23, 2020__

USAO No. __2020R00346__

The Government respectfully requests the Court to dismiss without prejudice the __X__ Complaint _____ Removal Proceedings in

United States v. __Shawn Johnson__

The Complaint/Rule 40 Affidavit was filed on __August 7, 2020__

_____ U.S. Marshals please withdraw warrant.

_[signature]_
**ASSISTANT UNITED STATES ATTORNEY**

__Derek Wikstrom__
(Print name)

**SO ORDERED:**

_[signature]_
**UNITED STATES MAGISTRATE JUDGE**

DATE __11/23/20__

Distribution: White→Court    Yellow→U.S. Marshals    Green→Pretrial Services    Pink→AUSA Copy